SIS/5832

File No.: 12571-2084
PARKER McCAY P.A.
STUART I. SEIDEN
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, New Jersey 08053
(856) 596-8900
**Attorneys for Secured Creditor, Capital One Auto Finance**

| | |
|---|---|
| IN RE: | : UNITED STATES BANKRUPTCY COURT |
|  | : FOR THE DISTRICT OF NEW JERSEY |
| WILLIAM DOUGLAS WATKINS | : |
| xxx-xx-5842 | : CHAPTER 13 |
| NICOLE DANIELLE WATKINS | : |
| aka Nicole Danielle Dantonio | |
| xxx-xx-3762 | : CASE NO. 08-17367-JHW |
|  | : |
|  | : NOTICE OF MOTION FOR RELIEF FROM |
|  | : STAY |
| Debtors | : |
|  | : Hearing: February 28, 2011 @ 10:00am |

**Capital One Auto Finance** (hereinafter "Movant"), has filed papers with the court to have an order entered granting it relief from the automatic stay so it can exercise its rights under state law against your personal property; which Movant holds a Motor Vehicle Lease Agreement, to wit: a **2005 Dodge Truck Caravan, VIN#: 2D4GP44L25R384319.**

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant Movant relief from the automatic stay regarding the above property, or if you want the court to consider your views on the motion, then on or before February 21, 2011, *[seven (7) days before the hearing date of the within motion],* you or your attorney must:

LAW OFFICE
**PARKER McCAY**

File with the court a written response to Movant's motion explaining your position. Your response must be filed with the Bankruptcy Clerk at the United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Camden, New Jersey. If you mail your response to the court for filing, you must mail it early enough so the court will **receive it** on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Stuart I. Seiden, Esquire | Isabel C. Balboa |
| PARKER MCCAY P.A. | Cherry Tree Corporate Center |
| Three Greentree Centre | 535 Route 38; Suite 580 |
| 7001 Lincoln Drive West , P.O. Box 974 | Cherry Hill, NJ 08002 |
| Marlton, NJ 08053 | *Chapter 13 Trustee* |
| *Attorney for Movant* | |

If you are opposing the order Movant is seeking from the court, you must attend the hearing scheduled to be held on February 28, 2011 at 10:00 a.m., United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Courtroom 4B, Camden, New Jersey 08102, the Honorable Chief Judge Judith H. Wizmur, presiding.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

/s/STUART I. SEIDEN
STUART I. SEIDEN
Three Greentree Centre
7001 Lincoln Drive West, P.O. Box 974
Marlton, New Jersey  08053
(856) 596-8900

Date:  February 4, 2011