UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

PARKER McCAY P.A.
STUART I. SEIDEN / SIS 5832
Three Greentree Centre
7001 Lincoln Drive West
P.O. Box 974
Marlton, New Jersey 08053-0974
(856) 596-8900
Attorney for Secured Creditor,
Capital One Auto Finance

In Re:

WILLIAM DOUGLAS WATKINS
xxx-xx-5842
NICOLE DANIELLE WATKINS
*aka* NICOLE DANIELLE DANTONIO
xxx-xx-3762

                    Debtors

Case No.:        08-17367-JHW

Chapter :        13

Judge:           WIZMUR

### CERTIFICATION OF SECURED CREDITOR REGARDING POST-PETITION PAYMENT HISTORY ON VEHICLE LOAN/LEASE

_Rachel Watson_____ of full age, employed as _Bankruptcy Specialist_ by Capital One Auto Finance, hereby certifies the following information:

Vehicle lender/lessor: Capital One Auto Finance_____

Vehicle description: 2005 Dodge Truck Caravan, VIN#: 2D4GP44L25R384319

Date debtor's petition was filed: April 23, 2008

Debtors' Chapter 13 Plan proposes to pay Capital One Auto Finance the secured amount of $11,472.79 with interest at the rate of 8.89%, for a total of $14,252.40. The Chapter 13 Trustee is scheduled to pay Capital One Auto Finance the total amount of $14,252.40 through the Debtors' plan.

An Order Confirming Chapter 13 Plan was entered on May 12, 2010 ordering Debtors to pay the Standing Chapter 13 Trustee the sum of $1,010.00 beginning on June 1, 2010 for a period of 35 months.

Since the petition date, Debtors should have paid $18,296.00 to the Chapter 13 Trustee. Since the petition date Debtors have only paid $15,266.00 to the Trustee, leaving $3,030.00 in arrears through the payment due January 1, 2011. Please see Chapter 13 Trustee report attached hereto as Exhibit "A".

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on April 23, 2008)

(N/A – entire claim to be paid through plan)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(Continue on attached sheets if necessary)

Monthly payments past due @ $_____ per month from _____ to _____: $_____

Plus miscellaneous amounts due:

> Late Charges:
> Repossession Fees:
> Extension Fees:
> Other:

**TOTAL POST-PETITION PAST DUE**………………………………$_____

No pre-petition arrears.

**Legend**: MP = monthly payment;   EXF = Extension fee;   LC = Late Charge   O = Other*specify other payments received

I certify under penalty of perjury that the foregoing is true and correct.

_____     _____
Date of signature                              Signature